**STATE OF RHODE ISLAND**

**PROVIDENCE: s.s.** **SUPERIOR COURT**

**CASE NO. PC-08-0836**

---

THOMAS FEELEY and
DIANE FEELEY

v.

BUFFALO PUMPS, INCORPORATED
GARLOCK SEALING TECHNOLOGIES, LLC as successor
by merger to GARLOCK INCORPORATED f/k/a
GARLOCK CORPORATION
GENERAL ELECTRIC COMPANY
PACKINGS & INSULATIONS CORPORATION
PIC CONTRACTORS, INCORPORATED
TACO, INCORPORATED
VIAD CORPORATION for GRISCOM RUSSELL

---

**NOTICE TO STATE COURT OF REMOVAL**

To the Clerk of the Superior Court, Providence County, Frank Licht Judicial Complex, 250 Benefit Street, Providence, RI 02903.

Notice is hereby given that this case has been removed to the United States District Court for the District of Rhode Island on the 7th day of May 2008. You are advised to take no further action on this matter.

Respectfully submitted,

The Defendant,
BUFFALO PUMPS, INC.
By its counsel,

Timothy J. Dodd, #3150
215 Broadway
Providence, RI 02903
(401) 272-3900

David A. Goldman, #7097
Governo Law Firm LLC
260 Franklin Street
Boston, MA 02110
(617) 737-9045

**CERTIFICATION**

This is to certify that on this 7th day of May, 2008, the undersigned served a copy of Defendant Buffalo Pumps, Inc.'s Notice to State Court of Removal via the Rhode Island Asbestos Litigation File & Serve electronic service system to all counsel of record in this case.

Timothy J. Dodd