**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

---

THOMAS FEELEY and
DIANE FEELEY

Case No.

v.

(Providence Superior Court,
Civil Action No. PC-08-0836)

BUFFALO PUMPS, INCORPORATED
GARLOCK SEALING TECHNOLOGIES, LLC as successor
by merger to GARLOCK INCORPORATED f/k/a
GARLOCK CORPORATION
GENERAL ELECTRIC COMPANY
PACKINGS & INSULATIONS CORPORATION
PIC CONTRACTORS, INCORPORATED
TACO, INCORPORATED
VIAD CORPORATION for GRISCOM RUSSELL

---

**CERTIFICATE OF SERVICE**

This is to certify that on this 7th day of May, 2008, the undersigned served a copy of Defendant Buffalo Pumps, Inc.'s Notice of Removal and supporting documents via first class mail upon Plaintiff's counsel and served an electronic version upon all counsel of record via the Lexis/Nexis File & Serve electronic service system to the following:

**Plaintiffs Thomas Feeley and Diane Feeley**

Robert J. Sweeney, Esq.
Early, Ludwick & Sweeney, LLC
265 Church Street
New Haven, CT 06508

| | |
|---|---|
| Jeffrey Thomen, Esq.<br>McCarter & English<br>Hartford, CT<br>**For: General Electric** | Jennifer Whelan, Esq.<br>McGivney & Kluger<br>One State Street, Suite 800<br>Boston, MA 02109<br>**For: Garlock Sealing Technologies, LLC** |

| | |
|---|---|
| Danielle Jenkins, Esq.<br>Morrison Mahoney<br>250 Summer Street<br>Boston, MA 02110<br>**For: Packings & Insulations Corporation, PIC Contractors, Inc.** | Thomas W. Lyons, Esq.<br>Strauss Factor & Lyons<br>222 Richmond Street<br>Suite 208<br>Providence, RI 02903-2914<br>**For: Taco Incorporated** |
| Stephen Adams, Esq.<br>Taylor Duane Barton & Gilman, LLP<br>160 Federal Street, 5th Floor<br>Boston, MA 02110<br>**For: Viad Corp.** | |

Respectfully submitted,

The Defendant,
BUFFALO PUMPS, INC.
By its attorneys,

Timothy J. Dodd, #3150
215 Broadway
Providence, RI 02903
(401) 272-3900

David A. Goldman, #7097
Governo Law Firm LLC
260 Franklin Street
Boston, MA 02110
(617) 737-9045

DATED: May 7, 2008