**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS FEELEY and
DIANE FEELEY

Case No.

v.

(Providence Superior Court,
Civil Action No. PC-08-0836)

BUFFALO PUMPS, INCORPORATED
GARLOCK SEALING TECHNOLOGIES, LLC as successor
by merger to GARLOCK INCORPORATED f/k/a
GARLOCK CORPORATION
GENERAL ELECTRIC COMPANY
PACKINGS & INSULATIONS CORPORATION
PIC CONTRACTORS, INCORPORATED
TACO, INCORPORATED
VIAD CORPORATION for GRISCOM RUSSELL

**DEFENDANT BUFFALO PUMPS, INC.'S NOTICE OF NO PENDING MOTIONS**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

I have searched the Rhode Island state court docket and have determined that as of May 7, 2008, there are no pending motions in the above-captioned matter.

Respectfully submitted,
The Defendant,
BUFFALO PUMPS, INC.
By its counsel,

Timothy J. Dodd, #3150
215 Broadway
Providence, RI 02903
(401) 272-3900

David A. Goldman, #7097
Governo Law Firm LLC
260 Franklin Street
Boston, MA 02110
(617) 737-9045

DATED: May 7, 2008

**SERVICE LIST**

**Plaintiffs Thomas Feeley and Diane Feeley**

Robert J. Sweeney, Esq.
Early, Ludwick & Sweeney, LLC
265 Church Street
New Haven, CT 06508

| | |
|---|---|
| Jeffrey Thomen, Esq.<br>McCarter & English<br>Hartford, CT<br>**For: General Electric** | Jennifer Whelan, Esq.<br>McGivney & Kluger<br>One State Street, Suite 800<br>Boston, MA 02109<br>**For: Garlock Sealing Technologies, LLC** |
| Danielle Jenkins, Esq.<br>Morrison Mahoney<br>250 Summer Street<br>Boston, MA 02110<br>**For: Packings & Insulations Corporation, PIC Contractors, Inc.** | Thomas W. Lyons, Esq.<br>Strauss Factor & Lyons<br>222 Richmond Street<br>Suite 208<br>Providence, RI 02903-2914<br>**For: Taco Incorporated** |
| Stephen Adams, Esq.<br>Taylor Duane Barton & Gilman, LLP<br>160 Federal Street, 5th Floor<br>Boston, MA 02110<br>**For: Viad Corp.** | |