**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THOMAS FEELEY and
DIANE FEELEY

Case No.

v.

(Providence Superior Court,
Civil Action No. PC-08-0836)

BUFFALO PUMPS, INCORPORATED
GARLOCK SEALING TECHNOLOGIES, LLC as successor
by merger to GARLOCK INCORPORATED f/k/a
GARLOCK CORPORATION
GENERAL ELECTRIC COMPANY
PACKINGS & INSULATIONS CORPORATION
PIC CONTRACTORS, INCORPORATED
TACO, INCORPORATED
VIAD CORPORATION for GRISCOM RUSSELL

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT BUFFALO PUMPS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Buffalo Pumps, Inc. hereby states the following:

1. The parent company of Buffalo Pumps. Inc. is Ampco-Pittsburgh Corporation.
2. Ampco-Pittsburgh is a publicly held company and is the only publicly held company that owns 10% or more of the stock of Buffalo Pumps, Inc.

Respectfully submitted,

The Defendant,
BUFFALO PUMPS, INC.
By its attorney,

/s/ Timothy J. Dodd
Timothy J. Dodd, #3150
215 Broadway
Providence, RI 02903
(401) 272-3900

David A. Goldman, #7097
Governo Law Firm LLC
260 Franklin Street
Boston, MA 02110
(617) 737-9045

Dated: May 7, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2008 a copy of the foregoing Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Timothy J. Dodd
Timothy J. Dodd, Esq.