**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| THOMAS FEELEY and DIANE FEELEY,<br><br>Plaintiffs,<br><br>v.<br><br>BUFFALO PUMPS,. INC.<br>Et al.<br>Defendants. | **Civil Action No.:**<br>**CA 08-175**<br><br>(Rhode Island Superior Court<br>County of Providence<br>Case No. PC-08-0836) |

**NOTICE OF FILING CERTIFIED COPIES OF STATE COURT PROCEEDINGS**

Pursuant to Local Rule 81, Defendant Buffalo Pumps, Inc., hereby files certified copies of all records and proceedings and all docket entries in the State of Rhode Island Superior Court, Providence County, Civil Action No. PC-08-00836, which was removed to this Court on May 7, 2008.

Respectfully submitted,

The Defendant,
BUFFALO PUMPS, INC.
By its counsel,

/s/ Timothy J. Dodd .
Timothy J. Dodd, #3150
215 Broadway
Providence, RI 02903
(401) 272-3900

David A. Goldman, #7097
Governo Law Firm LLC
260 Franklin Street
Boston, MA 02110
(617) 737-9045

DATED: May 19, 2008

**CERTIFICATE OF SERVICE**

I, Timothy J. Dodd, hereby certify that on May 19, 2008 this Notice Of Filing Certified Copies of State Court Proceedings was filed through the ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing. Paper copies will be sent to those indicated as non-registered participants on this date.

Dated: May 19, 2008

/s/ Timothy J. Dodd .
Timothy J. Dodd