UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THOMAS FEELEY AND
DIANE FEELEY

VS. C.A. NO. 08-175-S-LDA

BUFFALO PUMPS, INC., ET AL.

**ENTRY OF APPEARANCE**

Attorney Thomas W. Lyons hereby enters his appearance on behalf of defendant Taco, Inc. in the above-referenced matter..

/s/ Thomas W. Lyons

Thomas W. Lyons #2946
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, RI 02903
(401) 4567-0700

DATED: July 17, 2008

**CERTIFICATION**

I hereby certify that on this 17th day of July, 2008, a copy of the within was sent to all counsel of record, by regular mail, postage prepaid.

/s/ Thomas W. Lyons

S:\TWL\Taco\Pleadings\Feeley v Taco eoa 08-175.wpd